**GOVERNMENT'S EXHIBIT LIST (Filed 5-11-21)**

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|---|---|---|---|---|---|
| 1 | 8/24/17 | Glock, model 26, 9mm, #UCY868 and obliterated serial number | Seized from Phillips' vehicle by ISP/ATF. | Physical evidence; *see* ATFR_002-000347—350 (evidence inventory) | |
| 2 | 8/24/17 | Glock, model 22, .40 caliber, #EEZ363US | Seized from Phillips' vehicle by ISP/ATF. | Physical evidence | |
| 3 | 8/24/17 | Glock, model 27, .40 caliber, #AAFH542 | Seized from Calvin Phillips' vehicle by ISP/ATF; firearm originally purchased in KY. | Physical evidence | |
| 4 | 8/24/17 | Blue bag | Seized from Phillips' vehicle by ISP/ATF. | Physical evidence | |
| 5 | 8/24/17 | .40 caliber magazine loaded with 15 rounds .40 ammunition | Seized from Phillips' vehicle by ISP/ATF. | Physical evidence | |
| 6 | 8/24/17 | ETS Group 30 round magazine (empty) | Seized from Phillips' vehicle by ISP/ATF. | Physical evidence | |
| 7 | 8/24/17 | PMAG GL9 magazine (empty) | Seized from Phillips' vehicle by ISP/ATF. | Physical evidence | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| 8 | 8/24/17 | .40 caliber Glock magazine (empty) | Seized from Phillips' vehicle by ISP/ATF. | Physical evidence | |
| 9 | 8/24/17 | .40 caliber Glock magazine (empty) | Seized from Phillips' vehicle by ISP/ATF. | Physical evidence | |
| 10 | 8/24/17 | PT111 9mm magazine (empty) | Seized from Phillips' vehicle by ISP/ATF. | Physical evidence | |
| 11 | 8/24/17 | Box containing 50 rounds of .40 caliber Winchester ammunition | Seized from Phillips' vehicle by ISP/ATF. | Physical evidence | |
| 12 | 8/24/17 | Box containing 10 rounds of .40 caliber ammunition | Seized from Phillips' vehicle by ISP/ATF. | Physical evidence | |
| 13 | 8/24/17 | Fifty $100 bills of United States currency (for a total of $5,000 | Seized from Phillips' vehicle by ISP/ATF. | Physical evidence | |
| 14 | 2/16/17 | Taurus PT111, 9mm, #TJU94622 | Henderson purchased from Christopher Caldwell in KY; recovered by CPD 5/16/17. | Physical evidence | |
| 15 | 2/6/17 | Anderson AM-15, 5.56 caliber, #16112293 | Henderson purchased from Stephen Carpenter in KY; recovered by CPD 3/28/17. | Physical evidence | |
| 16 | 5/21/17 | Walther Creed, 9mm, #FCH9601 | Henderson purchased from Andrew Cropper in KY; recovered by CPD 6/22/17. | Physical evidence | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| | | | | | |
| 17 | 6/12/17 | Glock, 9mm, #BBKN746 | Henderson purchased from Daniel Head in KY; recovered by CPD 6/23/17. | Physical evidence | |
| 18 | 7/6/17 | Glock, model 19, 9mm, #ABXP891 | Henderson purchased from Jason Matthews in KY; recovered by CPD from Phillips' vehicle 7/9/17. | Physical evidence | |
| 19 | 5/27/17 | Taurus PT111, 9mm, #TJZ89203 | Henderson purchased from James Meyers in KY; recovered by CPD 8/20/17. | Physical evidence | |
| 20 | 2/1/17 | Diamondback, model DB-15, .223 caliber, #DB1818209 | Britany Morgan purchased for Phillips in KY; recovered by CPD 3/28/17, from same location as the gun Henderson purchased from Carpenter on 2/16/18. | Physical evidence | |
| 21 | 3/16/17 | Taurus PT111, 9mm, #TJP71429 | Henderson purchased from Sawyer Toby in KY; recovered by CPD on 5/6/17. | Physical evidence | |
| 22 | 5/6/17 | Glock 23, .40 caliber, #BBFY989 | Henderson purchased from Jack Roberts in KY; recovered by CPD from Phillips' vehicle 7/9/17. | Physical evidence | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|---|---|---|---|---|---|
| 23 | Summer 2016 | Zastava PAP M92, .762 caliber AK pistol, #M92PV048007 | Henderson purchased from Christopher Whitt in KY; recovered by CPD 1/31/17. | Physical evidence | |
| 24 | 5/28/17 | Taurus PT111 9mm pistol, #TJX31916 | Henderson purchased from Tanner Evans in KY; recovered by CPD 6/9/17. | Physical evidence | |
| 25 | 9/14/16 | Glock model 34, 9mm pistol, #VHR891 | Craig Bonham sold this firearm to a buyer in KY who arranged the sale using email address jphillips2714@gmail.com; recovered by CPD 11/14/16. | Physical evidence | |
| 26 | 7/9/17 | Smith and Wesson, M&P .40 caliber pistol, #HVF3676 | Recovered by CPD from Phillips' vehicle 7/9/17. | Physical evidence | |
| 27 | 7/9/17 | Bag of loose ammunition | Recovered by CPD from Phillips' vehicle 7/9/17. | Physical evidence | |
| 28 | 7/9/17 | CPD body worn camera video (Officer Farias) | Seizure of firearms from Phillips' vehicle. | Ex. B, suppression hearing disc | |
| 29 | 7/9/17 | CPD body worn camera video (Officer Butkovic) | Seizure of firearms from Phillips' vehicle. | Ex. C, suppression hearing disc | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| 30 | 7/9/17 | CPD dash camera video | Seizure of firearms from Phillips' vehicle. | Ex. A, suppression hearing disc | |
| 31 | 7/9/17 | Google map of area near traffic stop (demonstrative) | Seizure of firearms from Phillips' vehicle. | Suppression hearing disc | |
| 32 | 8/24/17 | ISP dash camera video | Seizure of firearms from Phillips' vehicle. | Disc 5 (ATF #5) | |
| 33 | 2/8/17 | Video of Jaiqail Wright and Christopher Henderson | Wright wearing same outfit when he helped Phillips sell two firearms on or about 2/8/17. | Disc 40 (ATF #48) *See* ATFR_002-001260; see Wright GJ Stmt p.8 | |
| 34 | 1/24/17 | Traffic citation issued to Christopher Henderson by Indiana State Police | Henderson was driving the Dodge Challenger with Phillips as a passenger; they were driving to Kentucky. | ATFR_002-000377 | |
| 35 | 8/12/17— 8/24/17 | GPS data for Dodge Challenger, ISP tracking device | Location of Phillips' Challenger, including trip to and from Kentucky. | Disc 8 (ATF #8) | |
| 36 | 8/24/17— 9/2/17 | GPS data for Dodge Challenger, ATF tracking device | Location of Phillips' Challenger, including trip to and from Kentucky. | Disc 15 (ATF #15) | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|---|---|---|---|---|---|
| 37 | 9/2/17—9/20/17 | GPS data for Dodge Challenger, ISP tracking device | Location of Phillips' Challenger, including trip to and from Kentucky. | Disc 16 (ATF #16) | |
| 38 | 8/22/17 | Pilot Flying J surveillance video (Hebron, IN) | Phillips and Henderson driving to Kentucky together. | Disc 9 (ATF #9) *See* ATFR_002-000413—414 | |
| 39 | 8/24/17 | Pilot Flying J surveillance video (Whiteland, IN) | Phillips returning to Illinois from Kentucky. | Disc 17 (ATF #17) *See* ATFR_002-000432 | |
| 40 | 8/22/17—8/24/17 | Map of Phillips' trip to and from Kentucky, based on the data obtained from the tracking device placed on Challenger | Summary exhibit of voluminous data obtained from tracking device. | | Defense objects because not tendered. |
| 41 | | Certified records of conviction | Proves Phillips' status as a convicted felon. | CRIMH_002-000001—21 | |
| 42 | 8/25/14 | Circuit Court of Cook County transcript (Case No. 14 CR 7657) | Proves Phillips knew that he was a convicted felon and could not possess firearms. | CTTRANS_001-000001—12 | |
| 43 | 7/20/15 | Project Safe Neighborhood letter | Proves that Phillips knew that he was a convicted felon and could not possess firearms. | PSNLTR_001-000001 | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|---|---|---|---|---|---|
| 44 | 7/10/17 | Motor Vehicle Inventory Report for Dodge Challenger | Shows that Phillips was the owner and user of the Dodge Challenger. | ATFR_002-000147—158 | |
| 45 | 5/11/18 | Recorded jail call 1, and corresponding transcript | Phillips instructed Wilson to delete his Facebook account. | Disc 77 | |
| 46 | 5/11/18 | Recorded jail call 2, and corresponding transcript | Phillips instructed Wilson to delete his Facebook account. | Disc 77 | |
| 47 | 8/23/17—8/25/17 | Medical records for Kyerstin Wilson from Norton Audubon Hospital | Show that Phillips was present in Louisville, Kentucky on the date he was later stopped by ISP/ATF. | Disc 57 (ATF #117)<br><br>MEDRECS_001-000001—147 | |
| 48 | 4/6/18 | Daytona Tactical records | Shipped firearm parts to Phillips' girlfriend, Kyerstin Wilson. | ATFR_002-002297—2299 and ATFR_002-002301—2302 | |
| 49 | 5/7/18 | Daytona Tactical records | Shipped firearm parts to "Steph Wilson" in Bellwood. | ATFR_002-002301—2302 | |
| 50 | 4/6/18 | United States Postal Service records related to Daytona Tactical shipment | Tracking shipment of firearm parts to Kyerstin Wilson. | ATFR_002-002299—2300 | |
| 51 | 5/7/18 | United States Postal Service records related to Daytona Tactical shipment | Tracking shipment of firearm parts to "Steph Wilson" | ATFR_002-002293—2296 | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| | | | | | |
| 52 | 8/7/16—5/14/18 | Employment records from City Gear for Henderson | Shows that Henderson was employed at St. Matthews Mall located in Louisville, KY; multiple firearms transactions occurred at the Mall. | ATFR_002-002078—2093 | Objection-Relevance |
| 53 | | Photograph of Christopher Henderson | To be used for witness identification. | | |
| 54 | | Photograph of John Phillips | To be used for witness identification. | | |
| 55 | | Photograph of Jaiqail Wright | To be used for witness identification. | | |
| 56 | | Photograph of Kanisha Potter | To be used for witness identification. | | |
| 57 | | Photograph of Britany Morgan | To be used for witness identification. | | |
| 58 | | Photograph of Brandon Avant | To be used for witness identification. | | |
| 59 | | Photograph of Kyerstin Wilson | To be used for witness identification. | | |
| 60 | | Photograph of China Jelks | To be used for witness identification. | | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| 61 | | Photograph of Zachary White | To be used for witness identification. | | |
| 62 | | Photographs of Dodge Challenger | To be used for witness identification. | | |
| 63 | | Photograph of Brandon Avant's house | To be used for witness identification. | GJTR_001-001027 | |
| 64 | 5/10/18 | Photographs from 4337 N. Prescott Ave., Apt. #3A, Lyons, Illinois | Search warrant execution at John Phillips' residence. | Disc 64 (ATF #85) | |
| 65 | 5/10/18 | Photographs from 4506 Gills, Louisville, Kentucky | Search warrant execution at Christopher Henderson residence. | Disc 58 (ATF #112) | |
| 66 | | Rental application for 4506 Gills, Louisville, Kentucky | Henderson's phone number listed 708-890-4636; Henderson resided at Gills residence. | ATFR_001-000224 | object-relevance |
| 67 | 5/10/18 | Photographs from 3540 W. Monroe, Chicago, Illinois | Search warrant execution at Jaiqail Wright residence. | Disc 66 (ATF #84) | |
| 68 | 5/10/18 | Phillips video-recorded post-arrest interview. | Shows that Phillips was made aware of the complaint and criminal proceedings (Count 11). | Disc 78 *See* ATFR_002-001457 | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|---|---|---|---|---|---|
| 69 | 5/10/18 | Transcript from initial appearance in federal court | Shows that Phillips was made aware of the complaint and that photos from his social media accounts were evidence (Count 11). | | |
| 70 | | Phillips iPhone cellular telephone (physical) | Contains communications, photos, and videos related to firearms trafficking; will use for sole purpose of chain of custody (if no stip). | (ATF #77) | |
| 71 | | Phillips iPhone cellular telephone (full extraction) | Contains communications, photos, and videos related to firearms trafficking; will use for sole purpose of chain of custody (if no stip). | Disc 86 (ATF #111) | objection- relevance to whole iPhone extraction coming in |
| 73 | | Phillips iPhone cellular telephone (evidence seized after search executed) | Contains communications, photos, and videos related to firearms trafficking. | Disc 86 | objection- relevance to whole iPhone extraction coming in |
| 73A | | Extraction Report (redacted) | Contains device information, communications, photos, and videos related to firearms trafficking. | Disc 86 | objection- relevance to whole iPhone extraction coming in |
| 73B | 2/9/18 | Photograph of Phillips' tattoo of firearm and bullets on left arm | Shows ownership of iPhone and significance of firearms. | Disc 86 | objection- relevance/ 403 |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| 73C | 2/9/18 | Photograph of Phillips holding multiple firearms | Shows possession of firearms during the alleged trafficking period. | Disc 86 | objection-relevance/403 |
| 73D | 2/9/18 | Photograph of Phillips holding stacks of cash | Shows possession of cash during the alleged trafficking period. | Disc 86 | objection-relevance/403 |
| 73E | 2/9/18 | Photograph of Phillips holding stacks of cash while seated in driver's seat of white Dodge Challenger | Shows possession of cash during the alleged trafficking period. | Disc 86 | objection-relevance/403 |
| 73F | 2/9/18 | Photograph of Phillips holding cash and firearms | Shows possession of firearms and during the alleged trafficking period. | Disc 86 | objection-relevance/403 |
| 73G | 2/9/18 | Photograph of Phillips' driver's license | Shows ownership of iPhone. | Disc 86 | |
| 73H | 2/9/18 | Photograph of Phillips with stack of cash | Shows possession of cash during the alleged trafficking period. | Disc 86 | objection-relevance/403 |
| 73I | 2/9/18 | Photograph of Phillips sitting on top of the white Dodge Challenger | Shows Phillips' association with the Dodge Challenger. | Disc 86 | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| 73J | 2/9/18 | Photograph of Dodge Challenger with stack of cash on the hood | Shows Phillips' association with the Dodge Challenger. | Disc 86 | objection-relevance/ 403 |
| 73K | 2/9/18 | Photograph of Dodge Challenger | Shows Phillips' association with the Dodge Challenger. | Disc 86 | |
| 73L | 2/9/18 | Video of Phillips driving holding stacks of cash | Shows possession of cash during the alleged trafficking period. | Disc 86 | objection-relevance/ 403 |
| 73M | 2/9/18 | Photograph of Phillips and Henderson | Shows that they were together during the alleged trafficking period. | Disc 86 | |
| 73N | 2/9/18 | Photograph of Phillips with stacks of cash and money bands | Shows possession of cash during the alleged trafficking period. Money bands were recovered from Phillips' residence during search warrant. | Disc 86 | objection-relevance/ 403 |
| 73O | 2/9/18 | Photograph of Phillips holding stack of cash | Shows possession of cash during the alleged trafficking period. | Disc 86 | objection-relevance/ 403 |
| 73P | 2/9/18 | Photograph of Phillips holding firearm with extended magazine | Shows possession of firearm during the alleged trafficking period. | Disc 86 | objection-relevance/ 403 |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| 73Q | 3/7/18—3/8/18 | Photographs of firearms with prices and firearms crossed off | Photographs consistent with Phillips' Facebook posts advertising the sale of firearms. | Disc 86 | |
| 73R | 3/18/18 | Video of Phillips on bed with multiple firearms | Shows possession of firearms during the alleged trafficking period. | Disc 86 | objection-relevance/ 403 |
| 73S | 2/13/18 3/23/18 | Photographs of firearms with firearms crossed off | Photographs consistent with Phillips' Facebook posts advertising the sale of firearms. | Disc 86 | |
| 73T | 3/28/18 | Photographs of firearms with prices | Photographs consistent with Phillips' Facebook posts advertising the sale of firearms. | Disc 86 | |
| 73U | 4/3/18 | Photograph of Travon Wood's concealed carry license | Phillips purchased firearms from Wood during the alleged trafficking period. | Disc 86 | objection-relevance |
| 73V | 4/14/18 | Screenshot of Armslist posting | Shows Phillips' knowledge and access of Armslist. | Disc 86 | |
| 73W | 4/29/18 | Video of Phillips with stacks of cash and multiple firearms | Shows that firearms were a source of income. | Disc 86 | objection-relevance/ 403 |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|---|---|---|---|---|---|
| 73X | 5/8/18 | Photographs of AR rifles with prices and firearms crossed off | Photographs consistent with Phillips' Facebook posts advertising the sale of firearms. | Disc 86 | |
| 74 | | LG cellular telephone seized from Phillips' residence (physical) | Contains contact information for Phillips, K. Wilson, and other individuals; will use for sole purpose of chain of custody (if no stip). | (ATF #78) *See* ATFR_002-001399 | objection-relevance |
| 75 | | LG cellular telephone seized from Phillips' residence (full extraction) | Contains contact information for Phillips, K. Wilson, Henderson, and other individuals; will use for sole purpose of chain of custody (if no stip). | Disc 86 (ATF #109) | objection-relevance |
| 76 | | LG cellular telephone seized from Phillips' (evidence seized after search executed) | Contains contact information for Phillips, K. Wilson, Henderson, and other individuals; will use for sole purpose of chain of custody (if no stip). | Disc 86 | objection-relevance |
| 77 | | Henderson Kyocera cellular telephone (physical) | Phone used by Henderson to arrange firearms transactions. | (ATF #99) | objection-relevance |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| 78 | | Henderson Kyocera cellular telephone (full extraction) | Phone used by Henderson to arrange firearms transactions. | (ATF #114) *See* ATFR_002-001867 (documenting extraction process) | objection-relevance |
| 79 | | Henderson iPhone cellular telephone (physical) | Phone used by Henderson to communicate with Phillips and Wright; will use for sole purpose of chain of custody (if no stip). | (ATF #110) | objection-relevance |
| 80 | | Henderson iPhone cellular telephone (full extraction) | Phone used by Henderson to communicate with Phillips and Wright; will use for sole purpose of chain of custody (if no stip). | (ATF #111) *See* ATFR_002-001688 (documenting extraction process) | objection-relevance |
| 81 | | Henderson iPhone cellular telephone (evidence seized after search executed) | Phone used by Henderson to communicate with Phillips and Wright. | Disc 87 | objection-relevance |
| 82 | | Wright iPhone cellular telephone (physical) | Phone used by Wright to communicate with Phillips and Henderson; will use for sole purpose of chain of custody (if no stip). | (ATF #69) | objection-relevance |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| 83 | | Wright iPhone cellular telephone (full extraction) | Phone used by Wright to communicate with Phillips and Henderson; will use for sole purpose of chain of custody (if no stip). | (ATF #109) *See* ATFR_002-001399 (documenting extraction process) | objection-relevance |
| 84 | | Wright iPhone cellular telephone (evidence seized after search executed) | Phone used by Wright. | Disc 85 | objection-relevance |
| 85 | | Wright Samsung cellular telephone (physical) | Phone used by Wright; will use for sole purpose of chain of custody (if no stip). | (ATF #76) | objection-relevance |
| 86 | | Wright Samsung cellular telephone (full extraction) | Phone used by Wright; will use for sole purpose of chain of custody (if no stip). | (ATF #109) | objection-relevance |
| 87 | | Wright Samsung cellular telephone (evidence seized after search executed) | Phone used by Wright. | Disc 85 | objection-relevance |
| 88 | | Historical cell site report and maps prepared by FBI SA Joseph Raschke | Location information for phones used by Phillips and Henderson. | CASTRPT_002-000001 | |
| 89 | | Subscriber records for 708-890-4636 (T-Mobile) | Phone number used by Henderson; subscribed to Henderson's mother Valerie White. | ATFR_002-000220 | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|---|---|---|---|---|---|
| 90 | | Call detail records 708-890-4636 (T-Mobile) | Phone number used by Henderson. | Disc 81 | |
| 91 | | Birth certificate for Henderson | Proves that Valerie White is Henderson's mother. | ATFR_002-000225 | |
| 92 | | Subscriber records for 312-818-0618 (T-Mobile) | Phone number used by Phillips. | Disc 81 (ATF #31, 43) | |
| 93 | | Call detail records 312-818-0618 (T-Mobile) | Phone number used by Phillips. | Disc 81 (ATF #31, 43) | |
| 94 | | Subscriber records for 708-945-2790 (T-Mobile) | Phone number used by Phillips. | Disc 81 (ATF #31, 43) | |
| 95 | | Call detail records 708-945-2790 (T-Mobile) | Phone number used by Phillips. | Disc 81 (ATF #31, 43) | |
| 96 | | Subscriber records for 708-949-9856 | Phone number used by Phillips. | Disc 81 | |
| 97 | | Call detail records 708-949-9856 (T-Mobile) | Phone number used by Phillips. | Disc 81 | |
| 98 | | Comcast subscriber information for 4337 Prescott Ave., Apt. #3A, Lyons, Illinois | Shows Phillips resided at the apartment. | (ATF #65) ATFR_002-001328 | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|---|---|---|---|---|---|
| 99 | | XSport Fitness records related to Phillips' membership | Phillips used his email and other personal identifiers obtain membership. | ATFR_002-001274 | |
| 100 | | Registration for Phillips' Dodge Challenger (Illinois Secretary of State) | Shows that the Challenger was registered to Phillips. | Government will obtain certified record from ISOS if no stip. | |
| 101 | | Photographs of Phillips' tattoo of firearm and bullets on left arm | Shows Phillips' significant interest in firearms; refers to his tattoo as "bae" in social media post. | Government will seek to have USMS execute a trial subpoena to take photographs prior to trial. | objection-relevance |
| 102 | | Pinger customer information sheet for 502-632-4898 | Pinger number registered under Phillips' telephone number 708-949-9856; created on 9/13/16. Number used to contact James Meyers and others about firearms. | Disc 6 | |
| 103 | 5/1/17—7/30/17 | Pinger call detail records for 502-632-4898 | Pinger number registered under Phillips' telephone number 708-949-9856; created on 9/13/16. | Disc 6 *See* ATFR_002-000555 | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|---|---|---|---|---|---|
| | | | Number used to contact James Meyers and others about firearms. | | |
| 104 | 5/1/17—8/2/17 | Pinger IP logs for 502-632-4898 | Pinger number registered under Phillips' telephone number 708-949-9856; created on 9/13/16. Number used to contact James Meyers and others about firearms. | Disc 6 | |
| 105 | | Pinger customer information sheet for 502-465-6682 | Pinger number registered under Henderson's telephone number 708-890-4636; created on 6/10/16. | Disc 4 | |
| 106 | 6/10/16—8/10/17 | Pinger call detail records for 502-465-6682 | Pinger number registered under Henderson's telephone number 708-890-4636; created on 6/10/16. Number used to contact Ronnie Tingle and others about purchasing firearms. | Disc 4 *See* GJTR_001-000262; ATFR_002-000671 | |
| 107 | 4/5/17—8/11/17 | Pinger IP logs for 502-465-6682 | Pinger number registered under Henderson's telephone number 708-890-4636; created on 6/10/16. | Disc 4 | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| 108 | | Pinger customer information sheet for 502-947-2869 (Pinger Account ID 928663629) | Created 1/1/17. Number used to contact Jason Matthews about firearms (emailed to Matthews from the Emailmelater4@gmail.com account). | Disc 4 See ATFR_001-000089—90 | |
| 109 | 1/1/17—4/13/17 | Pinger call detail records for 502-947-2869 (Pinger Account ID 928663629) | Created 1/1/17. Number used to contact Jason Matthews about firearms (emailed to Matthews from the Emailmelater4@gmail.com account). | Disc 4 | |
| 110 | 1/1/17—4/14/17 | Pinger IP logs for 502-947-2869 (Pinger Account ID 928663629) | Created 1/1/17. Number used to contact Jason Matthews about firearms (emailed to Matthews from the Emailmelater4@gmail.com account). | Disc 4 | |
| 111 | | Pinger customer information sheet for 502-947-2869 (Pinger Account ID 969113341) | Pinger number registered under Henderson's brother, Zachary White's telephone number 708-856-6717; created on 6/25/17. Number used to contact Jason Matthews about | Disc 4 | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| | | | firearms (emailed to Matthews from the Emailmelater4@gmail.com account). | | |
| 112 | 6/25/17—7/19/17 | Pinger call detail records for 502-947-2869 (Pinger Account ID 969113341) | Pinger number registered to Henderson's brother, Zachary White's telephone number 708-856-6717; created 6/25/17. Number used to contact Jason Matthews about firearms (emailed to Matthews from the Emailmelater4@gmail.com account). | Disc 4 | |
| 113 | 6/25/17—7/19/17 | Pinger IP logs for 502-947-2869 (Pinger Account ID 969113341) | Pinger number registered to Henderson's brother, Zachary White's telephone number 708-856-6717; created 6/25/17. Number used to contact Jason Matthews about firearms (emailed to Matthews from the Emailmelater4@gmail.com account). | Disc 4 | |
| 114 | | Pinger customer information sheet for 859-960-2653 | Pinger number registered under Zachary White's | Disc 11 | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
|  |  |  | telephone number 708-856-6717; created on 5/30/17. Number used to contact Kanisha Potter. | *See* ATFR_001-000023—24 |  |
| 115 | 5/31/17—6/7/17 | Pinger call detail records for 859-960-2653 | Pinger number registered under Zachary White's telephone number 708-856-6717; created on 5/30/17. Number used to contact Kanisha Potter. | Disc 11 |  |
| 116 | 5/30/17—6/8/17 | Pinger IP logs for 859-960-2653 | Pinger number registered under Zachary White's telephone number 708-856-6717; created on 5/30/17. Number used to contact Kanisha Potter. | Disc 11 |  |
| 117 |  | Screenshot of contact information for Henderson from James Meyers' phone, listing contact number for Henderson as 502-632-4898 | Pinger number used by Henderson to arrange firearms transactions. | GJTR_001-000033 |  |
| 118 |  | Christopher Caldwell AT&T statement for 02/14/17—03/13/17, listing contact number for Henderson as 502-435-6682 | Pinger number used by Henderson to arrangement firearms transactions. | GJTR_001-000201 |  |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|---|---|---|---|---|---|
| 119 | 5/6/17 | Screenshot of text messages exchanged between Jack Roberts and Henderson, who was using 502-632-4898 | Arranged firearm transaction using Pinger phone number. | GJTR_001-000331—333 | |
| 120 | 5/21/17—5/28/17 | Screenshot of contact information and text messages exchanged with "Chris Hendridge," who was using 502-465-6682 | Arranged firearm transaction using Pinger phone number. | ATFR_002-000123—130 | |
| 121 | 5/27/17 | Bill of sale for Taurus that James Meyers sold to Henderson | Documents firearm transaction; "Jason Phillips" signed the bill of sale as the witness. | GJTR_001-000035—37 | |
| 122 | 1/9/17 | ATF Form 4473 for Daniel Head's initial purchase of Glock from Cash America Pawn of Louisville, KY | Glock was later sold to Henderson on 6/12/17. | GJTR_001-000062—68 | |
| 123 | 11/25/16 | ATF Form 4473 for Christopher Caldwell's initial purchase of Taurus from 5 Star Pawn in La Grange, KY | Taurus was later sold to Henderson on 2/16/17. | GJTR_001-0193—196 | |
| 124 | 1/25/17 | ATF Form 4473 for Britany Morgan's purchase of firearms from Gunz Inc. in Louisville, KY | Firearms were purchased for Phillips. | GJTR_001-000424—427 | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| | | | | | |
| 125 | 1/25/17 | Gunz Inc receipt for Britany Morgan | Firearms were purchased for Phillips. | GJTR_001-000428 | |
| 126 | 1/17/17 | ATF Form 4473 for Kanisha Potter's purchase of firearms from Gunz Inc. in Louisville, KY | Firearms were purchased for Phillips. | GJTR_001-000556—558 | |
| 127 | 1/17/17 | Report of Multiple Sale for Kanisha Potter's purchase of firearms from Gunz Inc. | Firearms were purchased for Phillips. | ATFR_001-000018 | |
| 128 | 1/17/17 | Gunz Inc receipt for Kanisha Potter | Firearms were purchased for Phillips. | GJTR_001-000559 | |
| 129 | 3/16/17 | Bill of sale for Taurus that Sawyer Toby sold to Henderson | Documents firearm transaction. | GJTR_001-000106 | |
| 130 | 4/26/17 | Bill of sale for firearms that Andrew Cropper initially obtained from Nathan Coyle | M&P Shield firearm was later sold to Henderson on 5/21/17. | GJTR_001-000144 | |
| 131 | 2/16/17 | Bill of sale for Taurus that Christopher Caldwell sold to Henderson | Documents firearm transaction. | GJTR_001-000202 | |
| 132 | | Bill of sale for Glock 23 (Product Code #PG2350202) | Documents firearm transaction. | GJTR_001-000262 | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|---|---|---|---|---|---|
| | | that Ronnie Tingle sold to Henderson | | | |
| 133 | | Bill of sale for Glock 23 (Product Code #P12750201) that Ronnie Tingle sold to Henderson | Documents firearm transaction. | GJTR_001-000263 | |
| 134 | 5/21/17 | Bill of sale for Sig Sauer (S/N 24B247402) that Tanner Evans sold to "Chris Hendridge" | Documents firearm transaction. | ATFR_002-000131 | |
| 135 | 5/28/17 | Bill of sale for Taurus PT111 (S/N TJX31916) that Tanner Evans sold to "Chris Hendridge" | Documents firearm transaction. | ATFR_002-000132 | |
| 136 | 7/7/2016 | Email chain between jphillips2714@gmail.com and Ronnie Tingle | Seeking to purchase firearm on Armslist. | GJTR_001-00266 | |
| 136A | | Subscriber information for account jphillips2714@gmail.com | Email account used by Phillips. | Disc 24 | |
| 137 | | Google (Gmail) records for account chawty23.ch@gmail.com | Email account used by Henderson to arrange gun transactions in Kentucky. | Disc 24 | objection-relevance |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|---|---|---|---|---|---|
| 137A | | Subscriber information for chawty23.ch@gmail.com | Account subscribed to Henderson; telephone number 708-890-4636. | Disc 24 | objection-relevance |
| 137B | 9/9/16 | Email chain between chawty23.ch@gmail.com and David Homer | Henderson asked if "John" contacted Homer about purchasing a firearm from Armslist. | Disc 24 | objection-relevance |
| 137C | 9/27/16 | Email chain between chawty23.ch@gmail.com and Ronnie Tingle | Arranging firearm transaction with Henderson. | ATFR_002-001083; GJTR_001-000264—265; Disc 24 | objection-relevance |
| 138 | 3/4/17—3/5/17 | Email chain between chawty23.ch@gmail.com and Ronnie Tingle | Arranging firearm transaction with Henderson. | GJTR_001-000260 | objection-relevance |
| 139 | 2/15/17—2/16/17 | Email chain between chawty23.ch@gmail.com and Christopher Caldwell | Arranging firearm transaction with Henderson. | GJTR_001-000197—200 | objection-relevance |
| 140 | 1/10/18 | Email chain between chawty23.ch@gmail.com and Christopher Caldwell | Henderson seeking to arrange another firearm transaction. | GJTR_001-000205 | objection-relevance |
| 144 | | Subscriber information for reachme2morrow@gmail.com | | Disc 24 | objection-relevance |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|---|---|---|---|---|---|
| 145 | 5/26/17 | Email chain between reachme2morrow@gmail.com and James Meyers | Arranging firearm transaction with Henderson. | ATFR_002-000539; GJTR_000032 | objection-relevance |
| 146 | 6/12/17 | Email chain between reachme2morrow@gmail.com and Daniel Head | Arranging firearm transaction with Henderson. | ATFR_002-001067 | objection-relevance |
| 147 | 4/1/17 | Email from Lilliana Gonzalez to reachme2morrow@gmail.com attaching Phillips' insurance card for Challenger | Email account was used to communicate information about Phillips' Challenger. | Disc 24 | |
| 148 | 8/25/17 | Email from reachme2morrow@gmail.com to jamisen@oharetowing.com attaching Phillips' insurance card for Challenger | Email account was used to communicate information about Phillips' Challenger. | Disc 24 | |
| 149 | | Subscriber information for Emailmelater4@gmail.com | | Disc 24 | objection-relevance |
| 150 | 6/25/17—6/29/17 | Email chain between Emailmelater4@gmail.com and Jason Matthews | Arranging firearm transaction with Henderson. | GJTR_001-000632 | objection-relevance |
| 151 | | Subscriber information for Therichgates@gmail.com | | Disc 24 | objection-relevance |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| 152 | 5/15/17 | Email from Armslist to Therichgates@gmail.com requesting confirmation of email address | Account was created to be used on Armslist. | Disc 24 | objection-relevance |
| 153 | 5/15/17 | Email from Dennis Burchett to Therichgates@gmail.com regarding firearm sale | Account was created to be used on Armslist. | Disc 24 | objection-relevance |
| 154 | 5/19/17 | Email chain between Therichgates@gmail.com and Andrew Cropper | Arranging firearms transaction with Henderson. | GJTR_001-000144—147; Disc 24 | objection-relevance |
| 155 | 5/21/17 | Email chain between Therichgates@gmail.com and Andrew Cropper | Arranging firearms transaction with Henderson. | GJTR_001-000148—151; Google disc | objection-relevance |
| 156 | 5/26/17—5/27/17 | Email chain between Therichgates@gmail.com and James Meyers | Arranging firearms transaction. | Disc 24 | objection-relevance |
| 157 | 6/12/17 | Email from Therichgates@gmail.com to Mailman State Burners | Provided 502-465-6682 (Pinger) as phone number for buyer. | Disc 24 | objection-relevance |
| 158 | 6/12/17 | Email from Therichgates@gmail.com to Ben Jones | Provided 502-465-6682 (Pinger) as phone number for buyer. | Disc 24 | objection-relevance |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| 159 | 7/16/17 | Email from Therichgates@gmail.com to Matt Mitchell | Provided 502-465-6682 (Pinger) as phone number for buyer. | Disc 24 | objection-relevance |
| 160 | 7/22/17 | Email from Therichgates@gmail.com to Ethan Lawson | Provided 502-465-6682 (Pinger) as phone number for buyer. | Disc 24 | objection-relevance |
| 161 | 7/23/17 | Email from Therichgates@gmail.com to fowler31@mail.com | Provided 502-465-6682 (Pinger) as phone number for buyer. | Disc 24 | objection-relevance |
| 141 | 7/23/17 | Email from Therichgates@gmail.com to Kasey Mcallister | Provided 502-465-6682 (Pinger) as phone number for buyer. | Disc 24 | objection-relevance |
| 162 | 7/27/17 | Email from Therichgates@gmail.com to Rique Martinez | Provided 502-465-6682 (Pinger) as phone number for buyer. | Disc 24 | objection-relevance |
| 163 | 7/29/17 | Email from Therichgates@gmail.com to Austin Mann | Provided 502-465-6682 (Pinger) as phone number for buyer. | Disc 24 | objection-relevance |
| 164 | 8/1/17 | Email from BNSF Staffing Team to Therichgates@gmail.com | Email is addressed to Chris Henderson regarding application to work at BNSF. | Disc 24 | objection-relevance |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| 165 | 8/2/17 | Email from BNSF Staffing Team to Therichgates@gmail.com | Email is addressed to Chris Henderson regarding application to work at BNSF. | Disc 24 | objection-relevance |
| 166 | 8/20/17 | U-Haul contract and rental records for Phillips | Phillips listed his contact information, including email address reachme2morrow@gmail.com | ATFR_002-001676—1681 | |
| 167 | | Facebook records for #100003090115844 (entire return) | Facebook account Phillips' used to arrange sales of firearms; will use for sole purpose of authenticating records produced by Facebook (if no stip). | Disc 79 | objection-relevance/ 403-- the entire facebook is not relevant. |
| 168 | | Facebook records for #100003090115844 (evidence seized after search executed) | Facebook account Phillips' used to arrange sales of firearms. | Disc 82 | objection-relevance/ 403 |
| 169 | | Facebook records for #100000942997252 (entire return) | Facebook account Henderson used to arrange sales of firearms; will use for the sole purpose of authenticating records produced by Facebook (if no stip). | Disc 80 | objection-relevance/ 403-- the entire facebook is not relevant. |
| 170 | | Facebook records for #100000942997252 (evidence seized after search executed) | Facebook account Henderson used to arrange sales of firearms. | Disc 83 | objection-relevance |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| | | | | | |
| 171 | | Facebook records for #100009377172664 (entire return) | Facebook account Wright used to arrange sales of firearms; will use for sole purpose of authenticating records produced by Facebook (if no stip). | Disc 31 (ATF #49) | objection-relevance/ 403-- the entire facebook is not relevant |
| 172 | | Facebook records for #100009377172664 (evidence seized after search executed) | Facebook account Wright used to arrange sales of firearms. | Disc 84 | objection-relevance |
| 173 | | Blank Form 4473 | ATF Industry Operations Investigator Mikaitis will provide background testimony about this form and how it is used by FFLs. | | |
| 174 | | Subscriber records for 773-939-0266 (Sprint) | Telephone number used by Jaiqail Wright to communicate with Phillips and Henderson. | Disc 90 | |
| 175 | | Call detail records for 773-939-0266 (Sprint) | Telephone number used by Jaiqail Wright to communicate with Phillips and Henderson. | Disc 90 | |
| 176 | | Subscriber records for 708-571-8087 (T-Mobile) | Telephone number used by Phillips. | Disc 81 (ATF #39) | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|---|---|---|---|---|---|
| 177 | | Call detail records for 708-571-8087 (T-Mobile) | Telephone number used by Phillips. | Disc 81 (ATF #39) | |
| 178 | | Subscriber records for 312-978-1204 (T-Mobile) | Telephone number used by Jaiqail Wright to communicate with Phillips and Henderson. | Disc 81 (ATF #30, 62) | |
| 179 | | Call detail records for 312-978-1204 (T-Mobile) | Telephone number used by Jaiqail Wright to communicate with Phillips and Henderson. | Disc 81 (ATF #30, 62) | |
| 180 | | Subscriber records for 630-400-1720 (T-Mobile) | Telephone number used by Kyerstin Wilson. | Disc 81 (ATF #31) | |
| 181 | | Subscriber records for 502-356-6285 (ATT) | Telephone number used by Daniel Head to arrange firearm transaction with Henderson. | Disc 45 (ATF #34) | |
| 182 | | Call detail records for 502-356-6285 (ATT) | Telephone number used by Daniel Head to arrange firearm transaction with Henderson. | Disc 45 (ATF #34) | |
| 183 | | Subscriber records for 859-408-3334 (Verizon) | Telephone number used by Christopher Whitt. | | |
| 184 | | Call detail records for 859-408-3334 (Verizon) | Telephone number used by Christopher Whitt. | | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| | | | | | |
| 185 | | Subscriber records for 502-807-0251 (Verizon) | Telephone number used by Brandon Stratton to arrange firearms transaction with Henderson. | Disc 81 (ATF #23); *see* ATFR_002-000555 | |
| 186 | | Call detail records for 502-807-0251 (Verizon) | Telephone number used by Brandon Stratton to arrange firearms transaction with Henderson. | Disc 81 (ATF #23) | |
| 187 | | Subscriber records for 502-379-5819 (Verizon) | Telephone number used by James Meyers to arrange firearms transaction with Henderson. | Disc 81 (ATF #23) | |
| 188 | | Call detail records for 502-379-5819 (Verizon) | Telephone number used by James Meyers to arrange firearms transaction with Henderson. | Disc 81 (ATF #23) | |
| 189 | | Subscriber records for 502-419-4738 (Sprint) | Telephone number used by Travon Wood. | Disc 90 (ATF #18) | |
| 190 | | Call detail records for 502-419-4738 (Sprint) | Telephone number used by Travon Wood. | Disc 90 (ATF #18) | |
| 191 | | Subscriber records for 859-576-1246 (Verizon) | Telephone number used by Jack Roberts. | Disc 103 | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|---|---|---|---|---|---|
| 192 | | Call detail records for 859-576-1246 (Verizon) | Telephone number used by Jack Roberts. | Disc 103 | |
| 193 | | Subscriber records for 859-382-8619 | Telephone number used by Andrew Cropper. | Disc 103 | |
| 194 | | Call detail records for 859-382-8619 (Verizon) | Telephone number used by Andrew Cropper. | Disc 103 | |
| 195 | | Subscriber records for 502-641-0327 (ATT) | Telephone number used by Craig Bonham. | | |
| 196 | | Call detail records for 502-641-0327 (ATT) | Telephone number used by Craig Bonham. | | |
| 197 | | Subscriber records for 270-312-3847 (Powertel Kentucky) | Telephone number used by Jason Matthews. | Disc 103 | |
| 198 | | Call detail records for 270-312-2847 (Powertel Kentucky) | Telephone number used by Jason Matthews. | Disc 103 | |
| 199 | | Subscriber records for 502-320-1314 (Sprint) | Telephone number used by Ronnie Tingle to arrange firearms transaction with Henderson. | Disc 90 (ATF #10) | |
| 200 | | Call detail records for 502-320-1314 (Sprint) | Telephone number used by Ronnie Tingle to arrange | Disc 90 (ATF #10) | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|---|---|---|---|---|---|
| | | | firearms transaction with Henderson. | | |
| 201 | | Call detail records for 270-763-2651 (Bluegrass Cellular) | Telephone number used by Stephen Carpenter to arrange firearms transaction with Henderson. | Disc 81 (ATF #1) | |
| 202 | | Call detail records for 859-444-7836 (ATT) | Telephone number used by Christopher Caldwell. | Disc 103 (p.13106) | |
| 203 | | Subscriber records for 502-450-0450 (T-Mobile) | Telephone number used by Kanisha Potter. | Disc 81 (ATF #36, 51) | |
| 204 | | Call detail records for 502-450-0450 (T-Mobile) | Telephone number used by Kanisha Potter. | Disc 81 (ATF #36, 51) | |
| 205 | | Call detail records for 502-690-1638 (ATT) | Telephone number used by Britany Morgan. | *See* ATFR_002-001099 | |
| 206 | | Call detail records for 502-690-1638 (ATT) | Telephone number used by Britany Morgan. | *See* ATFR_002-001099 | |
| 207 | | Subscriber records for 502-321-5834 (ATT) | Telephone number used by Sawyer Toby. | Disc 103 (ReportCT p.4736) | |
| 208 | | Call detail records for 502-321-5834 (ATT) | Telephone number used by Sawyer Toby. | Disc 103 (ReportAU p.2076) | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| 209 | | Photograph of Jaiqail Wright in possession of two firearms | Wright assisted Phillips with sale of these firearms. | GJTR_001-001018 | |
| 210 | 10/26/17 | Daniel Head photo array | Identification of Henderson | GJTR_001-000069 | |
| 211 | 6/22/17 | Sawyer Toby photo array | Identification of Henderson | GJTR_001-000110 | |
| 212 | | Andrew Cropper photo array | Identification of Henderson | GJTR_001-001-000155 | |
| 213 | 6/22/17 | Christopher Caldwell photo array | Identification of Henderson | GJTR_001-000203 | |
| 214 | 10/26/17 | Ronnie Tingle photo array | Identification of Henderson | GJTR_001-00254 | |
| 215 | 7/31/17 | Jack Roberts photo array | Identification of Henderson | GJTR_001-000324 | |
| 216 | 1/17/18 | Britany Morgan photo array | Identification of Phillips | GJTR_001-000416 | |
| 217 | 1/17/18 | Britany Morgan photo array | Identification of Zachary White | GJTR_001-000429 | |
| 218 | 1/17/18 | Britany Morgan photo array | Identification of Henderson | GJTR_001-000440 | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| 219 | 10/24/17 | Christopher Whitt photo array | Identification of Henderson | GJTR_001-000472 | |
| 220 | 2/7/18 | Kanisha Potter photo array | Identification of Phillips | GJTR_001-000536 | |
| 221 | 2/7/18 | Kanisha Potter photo array | Identification of Henderson | GJTR_001-000544 | |
| 222 | 2/7/18 | Kanisha Potter photo array | Identification of Zachary White | GJTR_001-000547 | |
| 223 | 2/26/17 | Jason Matthews photo array | Identification of Henderson | GJTR_001-000640 | |
| 224 | 7/19/17 | Stephen Carpenter photo array | Identification of Henderson | GJTR_001-000678 | |
| 225 | 7/18/17 | Brandon Stratton photo array | Identification of Henderson | ATFR_001-000071 | |
| 226 | | Subscriber records for 773-993-4617 (Sprint) | Telephone number used by Jaiqail Wright to communicate with Phillips and Henderson. | Disc 97 | |
| 227 | | Call detail records for 773-993-4617 (Sprint) | Telephone number used by Jaiqail Wright to communicate with Phillips and Henderson. | Disc 97 | |

| No. | Date | Description | Relevance | Bates/Disc | Objection |
|-----|------|-------------|-----------|------------|-----------|
| 228 | | Call detail report from Jerome Combs Detention Center | Authenticate the defendant's jail calls for Count 11. | Disc 101 | |
| 229 | | Booking Card (JCDC) | Authenticate the defendant's jail calls for Count 11. | CRIMH_003-000001 | |