# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

      v.                     18 CR 284

John Phillips,

    Defendant.

**Motion for Court Order for Indigent Civilian Witness Travel**

Now comes the Defendant, John Phillips, by and through his attorney Bedi & Singer, LLP, moves for an order authorizing the US Marshall service to facilitate and pay for indigent travel of civilian out of custody defense witnesses:

1. Defendant is charged with dealing firearms without a federal firearm license, transferring firearms to out-of-state residents, and being a felon in possession of a firearm. The undersigned was appointed under the CJA. The trial is set to begin July 8, 2021, which is scheduled to last at least two weeks, maybe longer.

2. There are a number of out of district civilian defense witnesses.

3. The undersigned counsel has conferred with Heather Ulrich Supervisory Deputy U.S. Marshal, who indicated a court order, is required for the US Marshals to assist and fund indigent travel of out of district civilian witnesses

WHEREFORE, pursuant to the Fifth and Sixth Amendments to the United States Constitution, Defendant respectfully requests this Court to enter an order directing the US Marshall to provide travel expenses for out of district, civilian defense witness or any other relief deemed necessary.

<u>s/ Jonathan S. Bedi</u>
Jonathan S. Bedi
Dena M. Singer

Bedi & Singer, LLP
53 West Jackson Blvd
Chicago, IL 60604
Phone: (312) 525-2017
jbedi@bedisinger.com
dsinger@bedisinger.com
**Attorneys for Defendant**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned attorney certifies that the foregoing document was filed via the Court's ECF system.

<u>s/Jonathan S. Bedi</u>
Attorney for Defendant