UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF ILLINOIS EASTERN
DIVISION

UNITED STATES OF AMERICA

v.

JOHN PHILLIPS

Case No. 1:18-CR-00284-2

Judge Edmond E. Chang

## ORDER

On petition of the Defendant John Phillips, and it appearing to the Court that:

    Name: Andray Martin
    Date of Birth: August 27, 1979
    Sex: Male
    Race: Black
    Jail/Prisoner #: 09601-041

now is incarcerated in the following institution:

    BOP–Milan-FCI
    4004 East Arkona Road
    Milan, MI 48160

and that Andray Martin should be produced at 9 a.m. on July 15, 2021, at the U.S. Marshals Service Lock-Up, 24th floor, Dirksen Federal Courthouse, 219 S. Dearborn Street, Illinois, 60604, to appear at 9:30 a.m., to give testimony for a jury trial in the above-captioned case.

IT IS THEREFORE ORDERED that the following person:

    Warden
    BOP–Milan-FCI
    4004 East Arkona Road
    Milan, MI 48160

bring or cause to be brought before the Honorable Edmond E. Chang, at the scheduled time and date, in the United States Courthouse in Chicago, Illinois, Andray Martin; and that a *Writ of Habeas Corpus Ad Testificandum* directed to Andray Martin and the Warden, so commanding them, be issued by the Clerk of this Court.

ENTER:

Edmond E. Chang
United States District Judge

DATED at Chicago, Illinois
this 2d day of June 2021.