# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                                 Case No.: 1:18−cr−00284

                                                       Honorable Edmond E. Chang

John L Phillips, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 2, 2021:

      MINUTE entry before the Honorable Edmond E. Chang: The motion of Defendant Phillips [310] for authorization to subpoena out−of−state witnesses for travel funds is granted under 28 U.S.C. 1825(a). Emailed notice (eec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.