# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

John L Phillips, et al.

Defendant.

Case No.: 1:18−cr−00284
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 2, 2021:

MINUTE entry before the Honorable Edmond E. Chang, as to John L Phillips: Telephone status hearing held on 06/02/2021. Attorney Abdallah (counsel for witness Jalen Minor) did not appear, but defense counsel represented that Abdallah spoke with Minor and they do no object to being called to testify. Attorney Abdallah shall file a very concise confirmation Position Statement by 06/07/2021. Defense counsel shall forward this order to Mr. Abdallah. Separately, defense counsel now has the Marshals Service contact person and information to initiate the out−of−state witness travel. Lastly, because the Defendant alerted the Court that he now prefers video rather than in−person for the pretrial conference, the pretrial conference of 06/03/2021 is vacated and reset for 06/14/2021 at 9:00 a.m. by video conference. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. The audio dial−in for public attendance will be posted separately. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.