# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                       Case No.: 1:18–cr–00284

                                       Honorable Edmond E. Chang

John L Phillips, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 4, 2021:

      MINUTE entry before the Honorable Edmond E. Chang as to John L Phillips: Telephone status hearing held. Defendant Phillips is in−custody and appeared by telephone with the assistance of counsel by telephone. Counsel for the Government and counsel for co−Defendant Christopher Henderson also appeared by telephone. Henderson was not produced by the BOP for the hearing, despite prior arrangements. Hearing reset for 06/14/2021 at 9:00 a.m. The Court discussed the proposed plan for questioning Henderson. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.