IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, <br><br> Plaintiff(s), <br><br> v. <br><br> John Phillips, <br><br> Defendant(s). | Case No. 18 CR 284-2 <br> Judge Edmond E. Chang |

### ORDER

After conferring with H Unit Counselor at FCI Elkton, Ohio a telephone status hearing was set for 06/04/2021 at 2:00 p.m. (Central), during which inmate Christopher Henderson was to be produced for the hearing. Henderson was not produced. In an effort to avoid transporting Henderson from Ohio to Illinois, the Bureau of Prisons is directed to produce Christopher Henderson (No. 53146-424) by telephone on 06/14/2021 at 10:00 a.m. (Eastern) / 9:00 a.m. (Central). The call-in number is (650) 479-3207 and the access code is 1723638198##.

Date: 6/4/2021

_____
Edmond E. Chang
U.S. District Court Judge