# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 18 CR 00284 |
| | ) |
| v. | ) |
| | ) Hon. Edmond E. Chang |
| Christopher Henderson et al, | ) *Judge Presiding* |
| | ) |
| Defendant. | ) |
| | ) |

**POSITION STATEMENT REGARDING THE TESTIMONY OF JALEN MINOR**

The purpose of this Statement is to confirm the position of Jalen Minor in relation to his testimony as to statements made to him in regards to an individual known to him as Durk by Jaqail Wright. Specifically, Mr. Wright told Mr. Minor that he lied to the Government about Durk's involvement in the sale of firearms. After reviewing the affidavit of Jalen Minor and speaking to him I have advised him that he has no criminal liability so long as his testimony is truthful. Based on said advise Jalen Minor has agreed to testify as to the facts contained in his affidavit.

/s/ Zaid Abdallah